UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEVIN JAMES MCCORMICK,

   Petitioner,

   v.

UNITED STATES OF AMERICA,

   Respondent.

Case No. 21-cv-00217-JPG

## **JUDGMENT**

This matter having come before the Court, and the Court having rendered a decision, IT IS HERBY ORDERED AND ADJUDGED that petitioner Kevin James McCormick's amended motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is granted; that judgment is rendered in favor of petitioner Kevin James McCormick and against respondent United States of America; and that the judgment against Kevin James McCormick in Criminal Case No. 17-cr-30192-JBM (Doc. 225 in United States v. McCormick, Case No. 17-cr-30192-JBM) is vacated and that Kevin James McCormick shall be resentenced.

DATED: January 27, 2022

**MARGARET M. ROBERTIE, Clerk of Court**
**s/Tina Gray, Deputy Clerk**

Approved:   s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**